[No. 6608–4–II.  Division Two.  May 31, 1984.]

THE STATE OF WASHINGTON, *Respondent*, v. CHARLES
A. PETERS, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 8122, Milton R. Cox, J., entered August 5, 1982. *Dismissed* by unpublished opinion per Worswick, A.C.J., concurred in by Petrie and Reed, JJ.

[Nos. 6427–8–II; 6429–4–II.  Division Two.  May 31, 1984.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTOPHER
D. KING, ET AL, *Appellants*.

Appeals from a judgment of the Superior Court for Pacific County, No. C–2438, Herbert E. Wieland, J., entered June 18, 1982. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Petrich, C.J., and Petrie, J.

[No. 6728–5–II.  Division Two.  May 31, 1984.]

THE STATE OF WASHINGTON, *Respondent*, v. NOAH
D. MCNAMER, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 82–1–00269–9, Leonard W. Kruse, J., entered November 10, 1982. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Petrich, C.J., and Petrie, J.

[No. 6776–5–II.  Division Two.  May 31, 1984.]

*In the Matter of the Marriage of* RONALD CLARK
BEACH, *Respondent, and* HELMA IRENE
BEACH, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 303654, William L. Brown, Jr., J., entered December 3, 1982. *Affirmed* by unpublished opinion per Worswick, A.C.J., concurred in by Petrie and Reed, JJ.